THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NICK BUKVICH, Appellant.

(Argued January 13, 1936; decided March 3, 1936.)

*Gregory F. Mills* and *Carlyle B. Newcomb* for appellant.
*Daniel J. O'Mara, District Attorney* (*Clarence J. Henry* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* PETER MOHLSICK and HOWARD EICKLER, Appellants.

(Argued January 15, 1936; decided March 3, 1936.)

*William R. Hogan* and *Lester J. Albertson* for Peter Mohlsick, appellant.
*J. Lester Albertson* and *William R. Hogan* for Howard Eickler, appellant.
*Walter A. Ferris, District Attorney* (*William F. Horan* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.